IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| NIKOLAOS MATSI MACI, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> PAUL HABLE, et al., § <br> Defendants. § | CIVIL ACTION NO. 1:19-cv-201 |

## **ORDER**

On October 25, 2019, Plaintiff Nikolaos Matsi Maci filed a complaint, which invoked both habeas corpus and civil rights claims to relief. Dkt. No. 1.

The Defendants are ordered to file a notice with the Court, no later than June 19, 2020, outlining (1) any information they have concerning Maci's detention and current location; (2) if Maci is still detained, what plans they have for his release and/or removal from the country; and (3) if any unsuccessful attempts have been made to remove Maci in the last four weeks and the nature of Maci's cooperation or obstruction with the removal attempt.

DONE at Brownsville, Texas on June 16, 2020.

_____
Ronald G. Morgan
United States Magistrate Judge