United States District Court
Southern District of Texas
**ENTERED**
August 04, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| NIKOLAOS MATSI MACI, | § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. 1:19-CV-201 |
| PAUL HABLE, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 9, 2020, the United States Magistrate Judge issued a Report and Recommendation (Doc. 67) recommending that the Government's Motion to Dismiss (Doc. 5) should be granted. No party filed objections to the Report and Recommendation.[1]

After considering the Report and Recommendation and the applicable law, the Court **ADOPTS** the Report and Recommendation (Doc. 67). Accordingly, it is:

**ORDERED** that the Government's Motion to Dismiss (Doc. 5) is **GRANTED**;

**ORDERED** that Nikolaos Matsi Maci's Emergency Writ of Habeas Corpus for Release Pursuant to Rumsfeld vs. Padilla (Doc. 44) is **DISMISSED WITHOUT PREJUDICE AS MOOT**; and

**ORDERED** that Nikolaos Matsi Maci's civil rights and tort claims are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

The Clerk of the Court is directed to close this matter.

SIGNED this 4th day of August, 2020.

Fernando Rodriguez, Jr.
United States District Judge

---

[1] Maci was released from custody before the Magistrate Judge issued his Report and Recommendation. The Clerk of the Court mailed the Report and Recommendation to Maci's last known address at the detention center where he was previously held in custody. *See* FED. R. CIV. PROC. 5(b)(2)(C) (authorizing service by mailing the document to the person's last known address).